**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00243-CR
## No. 05-18-00244-CR

**STEPHEN LAWRENCE PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-47178-H & F16-47218-H**

## ORDER

Before the Court is appellant's September 13, 2018 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 26, 2018.

                                            /s/      CRAIG STODDART
                                                           JUSTICE